COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-07-058-CR

2-07-059-CR

JEROME M. HAMILTON        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 396
TH
 DISTRICT COURT
 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motions To Dismiss Appeal.” 
 The motions comply with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received the motions, we grant the motions and dismiss the appeals. 
 See 
 
Tex. R. App. P.
 42.2(a), 43.2(f). PER CURIAM

PANEL F: 
GARDNER, J.;
 CAYCE, C.J.; 
and LIVINGSTON, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: April 3, 2008 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.